**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE:

HAROLD LOUIS RAGLAND
MAUDE A. RAGLAND

**Debtors**

CHAPTER 13
CASE NO. 13-60369

**OBJECTION TO CLAIM; ORDER AND NOTICE OF OPPORTUNITY FOR HEARING**

The undersigned Trustee objects to the following claim for the reasons stated:

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | OBJECTION TO ALLOWANCE OF CLAIM |
|---|---|---|---|
| 015-1 | SPERRY MARINE FEDERAL CREDIT UNION<br>C/O REBECCA C. HRYVNIAK<br>SCOTT KRONER, PLC<br>PO BOX 2737<br>CHARLOTTESVILLE, VA  22902<br><br>SPERRY MARINE FED CREDIT UNION<br>HAL WENK,  CEO<br>PO BOX 7766<br>CHARLOTTESVILLE, VA 22906 | $3,578.25 | Claim filed late on 9/4/2013 when the bar date passed on 6/20/2013. Ask disallowance. |

**WHEREFORE**, your Trustee prays that the Court, after notice and an opportunity for hearing, sustain the objection(s) or make other determination as is appropriate,

DATED: 09/23/2013                                                                HERBERT L. BESKIN, CHAPTER 13 TRUSTEE

By:    /s/ Herbert L. Beskin

P.O. Box 2103
Charlottesville, VA  22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net

It appearing to the Court proper so to do, it is **ORDERED** that claimants shall have **THIRTY (30)** days from the date of service of this order to file with the U. S. Courthouse, 1101 Court Street, Lynchburg, VA  24504, **AND SERVE UPON THE TRUSTEE AT THE ADDRESS GIVEN ABOVE,** a written response to said objection(s), and, absent same, claimant shall be in default and the Trustee may tender an Order sustaining the objection without further notice or hearing.

If claimant files a response to the trustee's objection and requests a hearing upon same, a hearing shall be held in the United States Bankruptcy Courtroom 200, United States Courthouse, 255 West Main Street, Charlottesville, Virginia, 22902, on 11/18/2013 at 10:00 a.m., upon the trustee's objection to claim and claimants response thereto. The claimant must be present in person, or represented by counsel at said hearing.

The trustee shall serve a copy of this order upon all claimants and certify in writing to the Court.

Date: September 23, 2013

/s/ Rebecca B Connelly
U.S. Bankruptcy Judge

 

I hereby certify that I have this date mailed a true copy of the foregoing objection and order to all claimants, or to their counsel, and to counsel for the debtor(s) in this proceeding.

HERBERT L. BESKIN, CHAPTER 13 TRUSTEE

DATED:_____         By. _____
                                                                                           P.O. Box 2103
                                                                                            Charlottesville, VA  22902
                                                                                            Ph: 434-817-9913; Email: ch13staff@ntelos.net