ohap

**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Harold Louis Ragland**<br>**Maude A. Ragland**<br><br>Debtor(s) | **CASE NO. 13–60369**<br><br>**CHAPTER 13** |

## ORDER ON MODIFIED/AMENDED CHAPTER 13 PLAN AND NOTICE OF HEARING

The debtor, having filed a modified/amended plan herein, it is

**ORDERED:**

and notice is hereby given, that written objections to the modified/amended plan are to be filed with the Clerk of this Court at the address shown below, with a copy to the debtor, attorney for the debtor, if any, and the trustee, no later than seven (7) days before the date noted below for the confirmation hearing or twenty–eight (28) days after the date of counsel's service of this Order and Notice, whichever is later.

Hearing on confirmation of the modified/amended plan and any timely objections filed will be conducted on **11/18/13** at **09:30 AM**, at **Charlottesville, Room 200, US Courthouse, 255 W. Main St., Charlottesville, VA 22902**.

Counsel for the debtor shall serve a copy of the modified/amended plan and this Order and Notice to all creditors, the trustee and any and all interested parties within seven (7) days of the date of this order and certify to the Clerk of this Court and the trustee the manner in which service has been made.

**Entered:** 10/1/13

_____
REBECCA B CONNELLY, JUDGE

Clerk, U. S. Bankruptcy Court
1101 Court St.
Room 166
Lynchburg, VA 24504

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the within Order and Notice, along with the Proposed Modified/Amended Plan, were mailed to all creditors and interested parties.

**Dated:** _____     _____
                                        Counsel for the Debtor

```
                          United States Bankruptcy Court
                           Western District of Virginia
```

In re:                                                              Case No. 13-60369-rbc
Harold Louis Ragland                                                Chapter 13
Maude A. Ragland
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0423-6         User: robertson          Page 1 of 1            Date Rcvd: Oct 01, 2013
                             Form ID: ohap            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: HarvilleLaw@gmail.com Oct 01 2013 21:16:14      Stuart C. Salmon,    Salmon Harville,
              P.O. Box 1572,   106 W. South Street,   Suite 219,   Charlottesville, VA  22902
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2013 at the address(es) listed below:
              Kristen Julie Misleh    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae),
               creditor c/o Seterus, Inc. kmisleh@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
              Stuart C. Salmon    on behalf of Joint Debtor Maude A. Ragland HarvilleLaw@gmail.com,
               stsalmo2@yahoo.com
              Stuart C. Salmon    on behalf of Debtor Harold Louis Ragland HarvilleLaw@gmail.com,
               stsalmo2@yahoo.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 4