**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

In re
**Harold Louis Ragland**                                                                      **Chapter 13**
**Maude A. Ragland**                                                                        **Case No 13-60369**

**Debtor(s)**

## ORDER CONFIRMING PLAN

The Chapter 13 Plan filed by the Debtor(s) 8/31/2015, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1325(a);

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 13 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

(4) Other provisions:

**Plan must pay 100% to unsecured creditors pursuant to 11 U.S.C. § 1325 (a) (4) [Chapter 7 Test], and debtor(s) shall promptly amend this confirmed plan if allowed claims are higher than anticipated and the plan no longer yields 100%.**

**Debtor to make quarterly tax payments as required during pendency of the plan.**

**Paragraph 1 of the confirmed plan is amended as follows: Plan payments of $2,045 monthly shall begin 9/30/15.**

**Paragraph 2 A. and 11 of the confirmed plan are amended as follows: Debtor(s)' attorney shall be paid $2,750.00 balance due of the total fee of $2,750.00.**

**Paragraph 2 B. of the confirmed plan is amended as follows: Trustee shall pay the IRS priority tax claim #002-3 pro rata.**
**Trustee withdraws Motion to Dismiss.**

Date: October 14, 2015

/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee

_____
United States Bankruptcy Judge

SEEN AND AGREED

/s/ Stuart C. Salmon
Stuart C. Salmon, Counsel for Debtor(s)

Service of this Order is directed to the Debtor(s), Debtor(s) Attorney, the Trustee, the United States Trustee, the Internal Revenue Services, the U.S. Attorney, Debtor(s)' employer (if any wage deduction order is being modified) and all creditors specifically dealt with by the terms of this order.