**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 08/04/2016 # of months: 2 |
|---|---|---|---|
| **HAROLD LOUIS RAGLAND MAUDE A. RAGLAND** | 13-60369 | 07/07/2016 | $4,100.00 |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtors, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtors aforementioned have defaulted in making payments matured under the confirmed plan.

**PLEASE TAKE NOTICE** that on **October 13, 2016** at **9:30 A.M.**, in United States Bankruptcy Court, U.S. Court House, Courtroom 200, 255 West Main Street, Charlottesville, VA 22902-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtors and Debtors' counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on August 04, 2016, copies of this Petition and Notice have been mailed to, Debtors, HAROLD LOUIS RAGLAND, MAUDE A. RAGLAND, 489 WILL JOHNSON ROAD, LOUISA, VA 23093, and that the Attorney for the Debtors has been notified electronically by ECF.

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@cvillech13.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@cvillech13.net